In the Matter of the Marriage of

EISENBRAUN,
*Appellant,*
*and*

EISENBRAUN,
*Respondent.*

(85-0275; CA A37264)

729 P2d 609

Patrick L. Hadlock, Corvallis, argued the cause for appellant. On the brief were Larry W. Stuber, and Ringo & Stuber, P.C., Corvallis.

No appearance for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Husband assigns as error the trial court's refusal to include in the judgment a property settlement agreement entered into by the parties 18 months before the dissolution. The trial court specifically found that the agreement was "incomplete and inequitable to wife." A court may reject a property settlement agreement. *See McDonnal and McDonnal,* 293 Or 772, 652 P2d 1247 (1982). On *de novo* review, we agree with the trial court that the agreement should not be enforced. However, husband is correct that the trial court erred in giving wife a portion of husband's military pension earned before the parties were married.

Paragraph 6 of the judgment is modified to eliminate wife's interest in the portion of husband's pension earned during four and one-half years in the United States Air Force before the marriage of the parties. The judgment is otherwise affirmed. No costs to either party.